[No. 1788-1.   Division One—Panel 2.   March 19, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CANDICE MARIE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 60043, F. A. Walterskirchen, J., entered June 15, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.

[No. 814-2.   Division Two.   March 19, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. ROHWEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 57888, Oluf Johnsen, J., entered May 22, 1972. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 505-3.   Division Three.   March 22, 1973.]

PUBLIC UTILITY DISTRICT No. 1 OF OKANOGAN COUNTY, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, DEE E. LUCKY, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 17707, Robert J. Murray, J., entered June 3, 1970. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 730-2.   Division Two.   March 22, 1973.]

OLIVER STARK et al., *Appellants*, v. M. R. SMITH SHINGLE COMPANY et al., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 19647, Joseph H. Johnston, J., entered January 3, 1972. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.